972

No. 643. INTERNATIONAL ALLIANCE OF THEATRICAL STAGEHAND EMPLOYEES & MOVING PICTURE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 642 *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Milton T. Lasher* for petitioner. *Solicitor General Marshall* and *Arnold Ordman* for respondent.

No. 646. INDIANA & MICHIGAN ELECTRIC CO. *v.* FEDERAL POWER COMMISSION. C. A. 7th Cir. Certiorari denied. *Rolon W. Reed* and *Anthony L. Fletcher* for petitioner. *Solicitor General Marshall, Richard A. Solomon, Howard E. Wahrenbrock, Drexel D. Journey* and *Israel Convisser* for respondent.

No. 661. URBAN *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. *Reid B. Barnes* for petitioner. *Richmond M. Flowers,* Attorney General of Alabama, and *Maurice F. Bishop,* Special Assistant Attorney General, for respondent.

No. 663. WOODS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Hubert I. Teitelbaum* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 664. INDIANA LUMBERMENS MUTUAL INSURANCE CO. *v.* SHORTER ET AL. C. A. 6th Cir. Certiorari denied. *Herbert W. Hirsh, Norman A. Miller* and *John W. Morrison* for petitioner. *John A. Spain* for respondent Losantiville Building & Savings Co., and *Roy W. Short* for respondent Security Insurance Co.